*WO*

## UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

|   |   |
|---|---|
| Josue Miguel Perez-Perez,  )<br>  )<br>  )<br>         Petitioner,  )<br>  )<br>     vs.  )<br>  )<br>United States of America,  )<br>  )<br>         Respondent.  )<br>_____) | <br><br><br><br><br><br>JUDGMENT IN A CIVIL CASE<br><br>Case: CV-05-00672-TUC-FRZ<br>      CR-05-00738-TUC-FRZ |

X   **DECISION BY COURT.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED** that Petitioner's § 2255 Motion (U.S.D.C. document #21 in CR-05-738-TUC-FRZ) is **DENIED** and this case (CV-05-672-TUC-FRZ) is **DISMISSED**.

<u>November 16, 2005</u>             <u>  RICHARD H. WEARE             </u>
Date                             CLERK

                                  <u> S/ *M.  Michelle Mejia*         </u>
                                     M.  Michelle Mejia
                                     Deputy Clerk

Copies to:
J/B, FRZ, Perez-Perez, all Counsel